Cooley

Kaitland M. Kennelly
T: +1 212 479 6643
kkennelly@cooley.com

Application granted. The Court accepts the briefing schedule for the motion to compel arbitration proposed by the parties and stays the time for Defendants to answer pending further order of the Court.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
October 14, 2026

**Via ECF**

October 13, 2026

Hon. Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Re: *Sheehan v. SunStrong Management, LLC* et al., Civil Case No. 7:26-cv-07473-PMH**
**Letter Motion to (1) Enter Briefing Schedule for Motion to Compel Arbitration and (2) Stay Answer Deadline Pending Resolution of Motion to Compel Arbitration**

Dear Judge Halpern:

Pursuant to Rule 1.C of the Court's Individual Practices in Civil Cases, Defendants SunStrong Management LLC, GoodFinch Management, LLC, and Solaris Assets, LLC (collectively, "Defendants") respectfully submit this request to (1) enter a briefing schedule for Defendants' forthcoming motion to compel arbitration and (2) stay Defendants' deadline to respond to the Complaint pending resolution of the motion to compel arbitration. Plaintiff does not oppose this request.

Defendants' current deadline to respond to the Complaint is November 3, 2026. However, Defendants believe Plaintiff is bound by an arbitration agreement that requires all claims asserted in the Complaint to be arbitrated rather than litigated. Plaintiff disputes this determination.

Defendants intend to move to compel arbitration and stay the instant proceeding until arbitration has concluded. Defendants therefore respectfully request that the Court: (1) enter the below briefing schedule for Defendants' forthcoming motion to compel arbitration, and (2) stay Defendants' deadline to respond to the Complaint until thirty (30) days after any denial of the motion to compel arbitration is entered. This sequence will preserve the parties' resources and promote judicial economy by avoiding potentially unnecessary motion practice. Accordingly, Defendants ask that the Court grant this Letter Motion and order as follows:

1. The motion to compel arbitration shall be filed on or before November 24, 2026.
2. Any opposition to the motion to compel arbitration shall be filed on or before January 12, 2027.
3. The reply in support of the motion to compel arbitration shall be filed on or before February 12, 2027.
4. Defendants shall respond to the Complaint within thirty (30) days of any denial of the motion to compel arbitration.

Cooley

Hon. Philip M. Halpern
Page Two

Defendants have not previously requested an extension or adjournment of any deadline in this case.

Respectfully submitted,

Kaitland M. Kennelly

cc: All Counsel of Record (via ECF)